ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:   408-292-1040
Fax:              408-416-0248
waqw@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TAVARES, JOEL RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>DURAN HOGAN CONSTRUCTION, KURT ROBERT HOGAN SR., RAMON DURAN JR., SYLVIA GARCIA HOGAN, MARIA ELENA HOGAN AND DOES 1-10<br><br>Defendants | Case No.: C08-1277 HRL<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand a trial by jury for all causes of actions alleged in their First Amended Complaint.

Dated:  June 9, 2008                                   By:  /s/ Adam Wang              .
                                                                            Adam Wang
                                                                       Attorney for Plaintiffs

1

**DEMAND FOR JURY TRIAL**