*E-filed 6/24/08*

ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:   408-292-1040
Fax:             408-416-0248
waqw@sbcglobal.net

Attorneys for Plaintiffs

PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TAVARES, JOEL RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>DURAN HOGAN CONSTRUCTION, KURT ROBERT HOGAN SR., RAMON DURAN JR., SYLVIA GARCIA HOGAN, MARIA ELENA HOGAN AND DOES 1-10<br><br>Defendants | Case No.: C08-1277 HRL<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CASE CONFERENCE & [~~PROPOSED~~] ORDER** |

Parties through their counsel stipulate to continue the Initial Case Management Conference currently scheduled for June 24, 2008 as follows:

1. Plaintiffs field Plaintiffs their Complaint on March 5, 2008.

2. The process was served on Defendants on May 2, 2008.

1

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

3. Thereafter, Plaintiffs' counsel have been contacted by Defendants counsel Mr. Paul Simpson who pointed out certain errors in the Complaint that require the amendment of the Complaint.

4. On June 9, 2008, Plaintiff field their First Amended Complaint ("FAC") of course.  On the same day, the FAC was served on Mr. Simpson via e-mail.  Mr. Simpson acknowledged the service via e-mail, but stated that Defendants' responsive pleading is not due until June 30, 2008.

5. Therefore, parties respectfully request that the Initial Case Management Conference be currently scheduled for June 24, 2008 be continued to July 8, 2008.

Dated:  June 23, 2008                By:  /s/ Adam Wang            .
                                          Adam Wang
                                          Attorney for Plaintiffs

Dated:  June 23, 2008                By:  /s/ Paul Simpson          .
                                          Paul Simpson
                                          Attorney for Defendants

_____
~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, IT OS HEREBY ORDERED that the Initial Case Management Conference be continued to July 8, 2008, at 1:30 PM.

Dated: June 24, 2008                By: _____
                                          Howard R. Lloyd
                                          United States Magistrate Judge

2
**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**