*United States District Court*
*For the Northern District of California*

\* E-filed 07/07/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARDO TAVARES, et. al, | Case No. CV 08-01277 HRL |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE CONTINUING HEARING** |
| HOGAN, et. al, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Defendant's Motion to Set Aside Default and Plaintiff's Motion for Judgment Pursuant to Clerk's Entry of Default —currently noticed for July 8, 2008 at 10:00 a.m.—is continued to **July 22, 2008** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:    07/07/08            /s/  MPK
                              Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Adam Wang   waqw@sbcglobal.net
Timothy O'Donnell   todonnell@sgilaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  07/07/08

                                                      /s/ MPK
                               Chambers of Magistrate Judge Lloyd