United States District Court
For the Northern District of California

\* E-filed 07/07/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARDO TAVARES, et. al,

    Plaintiffs,

  v.

HOGAN, et. al,

    Defendants.
_____/

Case No. CV 08-01277 HRL

**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management Conference currently noticed for July 8, 2008 at 1:30 p.m.—is continued to **July 22, 2008** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:   07/07/08

           /s/ MPK
Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Adam Wang   waqw@sbcglobal.net
Timothy O'Donnell   todonnell@sgilaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  07/07/08

                                                      /s/ MPK
                                     Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California