# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Tavares,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Duran Hogan Construction,<br><br>              Defendant(s). | 08-01277 HRL<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01277 HRL                                      -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 11, 2008

                                RICHARD W. WIEKING
                                Clerk
                                by:    Lisa Salvetti

                                _____
                                ADR Administrative Assistant
                                415-522-2032
                                lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01277 HRL                              -2-

**PROOF OF SERVICE**

Case Name:      Tavares v. Duran Hogan Construction

Case Number:    08-01277 HRL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Adam Wang
>   Law Offices of Adam Wang
>   12 South First Street
>   Suite 613
>   San Jose, CA 95113
>   waqw@sbcglobal.net
>
>   Paul Vincent Simpson
>   Simpson Garrity & Innes
>   601 Gateway Boulevard, Suite 950
>   South San Francisco, CA 94080
>   psimpson@sgilaw.com
>
>   Timothy Patrick O'Donnell
>   Simpson, Garrity & Innes
>   601 Gateway Boulevard
>   Suite 950
>   South San Francisco, CA 94080
>   todonnell@sgilaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Lisa Salvetti

                                      _____
                                      ADR Administrative Assistant
                                      415-522-2032
                                      lisa_salvetti@cand.uscourts.gov