# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   July 22, 2008                                Time in Court: 18 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Richardo Tavares , et. al. v. Duran Hogan Construction ,et. al.
**CASE NUMBER**: C08-01277HRL
Plaintiff Attorney present: Adam Wang
Defendant Attorney present: Timothy O'Donnell

---

**PROCEEDINGS: Case Management Conference**


Parties are referred to mediation.

Jury trial scheduled for June 1, 2009 with a pretrial conference scheduled for May 26, 2009.

Court to issue written order.