FILED

2008 JUL 22 P 3 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICARDO TAVARES, JOEL RODRIGUEZ,

Plaintiffs,

v.

DURAN HOGAN CONSTRUCTION, KURT ROBERT HOGAN, SR., RAMON DURAN, JR., SYLVIA GARCIA HOGAN, MARIA ELENA HOGAN, AND DOES 1-10

Defendants.

Case No. 08-01277 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 22, 2008

Signature

Counsel for Defendants