FILED

08 JUL 22 PM 3:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICARDO TAVARES, JOEL RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>DURAN HOGAN CONSTRUCTION, KURT ROBERT HOGAN, SR., RAMON DURAN, JR., SYLVIA GARCIA HOGAN, MARIA ELENA HOGAN, AND DOES 1-10<br><br>Defendants. | Case No. 08-01277 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** |

RECEIVED JUL 23 2008

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/22/08

Signature

Counsel for plaintiffs.